UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDAS INTERNATIONAL CORPORATION, MIDAS REALTY CORPORATION, and MIDAS PROPERTIES, INC.,

        Plaintiffs,

    v.

MALLARD GROUP, LTD.,

        Defendant.
_____/

NO. CIV. S-10-3232 LKK/GGH

O R D E R

On December 21, 2010, plaintiffs in the above-captioned matter filed a motion for a preliminary injunction set for hearing on January 18, 2011. ECF No. 8. Defendant Mallard Group, Ltd., did not file an opposition or statement of non-opposition to the motion.

The hearing on plaintiff's motion for a preliminary injunction is CONTINUED to January 31, 2011 at 10:00 a.m. Defendants are ordered to file an opposition or statement of non-opposition no later than January 18, 2011.

IT IS SO ORDERED.

DATED: January 10, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1