Gregory C. Nuti (SBN 151754)
gnuti@schnader.com
Natalie Bush-Lents (SBN 253124)
nbushlents-@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Market Street, Suite 2200
San Francisco, California 94104-5501
Telephone: (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Plaintiffs,
MIDAS INTERNATIONAL CORPORATION,
MIDAS REALTY CORPORATION, and
MIDAS PROPERTIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION, MIDAS REALTY CORPORATION, AND MIDAS PROPERTIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MALLARD GROUP, LTD., <br><br> Defendant. | Case No.: 2:10-CV-03232-LKK-GGH <br><br> **STIPULATED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: January 31, 2011 <br> Time: 10:00 a.m. <br> Judge: Honorable Lawrence K. Karlton <br> Courtroom: 4 |

Plaintiff Midas International Corporation, Midas Realty Corporation and Midas Properties, Inc. (collectively, "Midas") and defendant Mallard Group, Ltd. hereby stipulate and agree to this Stipulated Order Granting Motion for Preliminary Injunction ("Preliminary Injunction") as follows:

Defendant Mallard Group, Ltd. and its officers, agents, servants, employees and attorneys, and those persons in active concert or participating with defendant Mallard Group, Ltd. who receive actual notice of this order by personal service or otherwise (collectively referred to herein as "Mallard Group") are preliminarily and immediately enjoined from and ordered as follows:

1.  Pursuant to 15 U.S.C. §1116, Mallard Group shall cease engaging in the following acts in California, Nevada, and the United States or in foreign commerce:

   a.  Using various trademarks, trade names and service marks consisting of or containing the word "Midas", "Midas Shops", certain related words, letters and symbols, including and in connection with certain design of signs and buildings, logos and copyrighted material (collectively the "Proprietary Marks and Indicia"), Midas' federal registrations in connection with the Proprietary Marks and Indicia, including but not limited to Registration Nos. 655,353; 803,614; 2,465,462; 2,465,463; 2,611,406; and 3,522,332 ("Registered Marks"), Midas' unique system for the establishment and operation of the shops which includes use of the Proprietary Marks and Indicia and Registered Marks, site selection, shop construction and layout, equipment selection and installation, accounting methods, merchandising, advertising, sales and promotional techniques, personnel training and other matters relating to the operation of the shops (collectively referred to as the "Midas System") in the advertising or sale of any goods or services;

   b.  Using in any manner any service mark, trademark, trade name, trade dress, words, numbers, abbreviations, designs, colors, arrangements, or any combination thereof which would imitate, resemble or suggest the Proprietary Marks and Indicia and Registered Marks;

   c.  Otherwise infringing the Midas System, including the Proprietary Marks and Indicia and Registered Marks;

   d.  Diluting the distinctiveness of the Midas System, including the Proprietary Marks and Indicia and Registered Marks and otherwise injuring Midas' business reputation in any manner;

   e.  Publishing any telephone listings using the Proprietary Marks and Indicia and Registered Marks or any other names or marks containing words confusingly similar with the Marks; and

   f.  Using or claiming any right to use any telephone number which Midas has allowed Mallard Group to use during the term of any of the Franchise Agreements.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

2.      Pursuant to Mallard Group's termination obligations under its franchise agreements with Midas, Mallard Group shall turn over to Midas any and all remaining telephone numbers that are in use or have been used by Mallard Group at any of Mallard Group's six Midas Shops as set forth on attached Exhibit A (collectively, the "Shops") by transferring or assigning any such numbers to Midas.

3.      Pursuant to 15 U.S.C. §1118, Mallard Group shall remove and deliver to Midas, or destroy at Midas' request, all advertisements, labels, prints, packages, wrappers, receptacles and all other materials in possession of or under the control of Mallard Group, that use the Midas System, including the Proprietary Marks and Indicia and Registered Marks or any other reproduction, counterfeit, copy or colorable imitation.

4.      Pursuant to California Civil Code §3426.2, Mallard Group shall return Midas' operations manuals, training videos, manuals, memoranda, bulletins, reports, updates, work books, notices and all other written materials relating to the development, management and operation of a Midas Shop, and all other confidential and proprietary written materials of Midas.

5.      Mallard Group shall not destroy, delete, alter, or transfer to any entity other than Midas any currently existing database of Mallard Group's customers and sales information.

6.      Mallard Group shall remove and destroy all interior and exterior signs bearing the Midas name, logo, or any Proprietary Marks and Indicia and Registered Marks that are currently displayed at the shop located at 2709 Lake Tahoe Blvd., South Lake Tahoe, California (the "South Lake Tahoe Premises").

7.      Mallard Group shall leave all interior and exterior Midas signs in place at the shops located at 3020 Briw Road, Placerville, California (the "Placerville Premises"), 245 East Prater Way, Sparks, Nevada  (the "Sparks Premises"), and 1705 Highway 50 East, Carson City, Nevada (the "Carson City Premises"), 490 Keystone Avenue, Reno, Nevada (the "Reno-Keystone Premises"), and 3250 South Virginia Street, Reno, Nevada (the "Reno-Virginia Premises"), subject to the provisions of paragraphs 8 and 9.

8.      Midas reserves the right in its sole and absolute discretion to remove and destroy all interior and exterior signs bearing the Midas name, logo, or any Proprietary Marks and

STIPULATED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

1   Indicia and Registered Marks that are currently displayed at the Placerville Premises, the Sparks

2   Premises, and the Carson City Premises at Midas' own expense.

3         9.      Midas reserves the right in its sole and absolute discretion to remove and destroy

4   all interior and exterior signs bearing the Midas name, logo, or any Proprietary Marks and

5   Indicia and Registered Marks that are currently displayed at the Reno-Keystone Premises or the

6   Reno-Virginia Premises.  In the event that Midas removes or destroys the signs, Midas reserves

7   the right to seek damages against Mallard Group for the reasonable cost of removing or

8   destroying the signs, and Mallard Group reserves the right to contest this damages claim.

9         10.     To the extent is has not already done so, Mallard Group shall vacate and turnover

10  possession to Midas the Placerville Premises, which was formerly sublet to Mallard Group by

11  Midas.  Mallard Group agrees not to engage in any acts to interfere with Midas' possession of

12  the Placerville Premises.

13        11.     To the extent is has not already done so, Mallard Group shall vacate and turnover

14  possession to Midas the Sparks Premises, which was formerly leased to Mallard Group by

15  Midas.  Mallard Group agrees not to engage in any acts to interfere with Midas' possession of

16  the Sparks Premises.

17        12.     To the extent is has not already done so, Mallard Group shall vacate and turnover

18  possession to Midas the Carson City Premises, which was formerly leased to Mallard Group by

19  Midas.  Mallard Group agrees not to engage in any acts to interfere with Midas' possession of

20  the Carson City Premises.

21        13.     In the event that Mallard Group needs to gain access to the Carson City, Sparks,

22  or Placerville Premises, Mallard Group will contact Mr. Kim Courtney at the telephone number

23  provided to Mallard Group by Midas.

24        14.     Mallard Group hereby waives its interest, if any, in property, including but not

25  limited to equipment, tools, signs, lifts, or any other property or the proceeds thereof, currently

26  located at any of the Midas Shops' premises.

27        15.     Nothing in this Preliminary Injunction waives Midas' rights to seek damages from

28  Mallard Group or the other Defendants for any monetary obligations owing under the Franchise

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

Agreements and Leases or other damages, including, but not limited to, damages caused by deferred maintenance and costs of repairs to the Placerville, Sparks, and Carson City Premises, and nothing in this Preliminary Injunction waives any rights of Mallard Group to contest Midas' claims for damages.

16.   Within 30 days of the issuance of this Preliminary Injunction, Mallard Group shall file with the Court and serve on Midas a report in writing and under oath setting forth in detail the manner and form in which it has complied with this Preliminary Injunction, including photographs of the South Lake Tahoe Premises showing that all Midas signs have been removed.

17.   Midas shall not be required to post a bond.

Date:   January 31, 2011

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Agreed As To Form and Content:

Date:   January 28, 2011

   /s/ Natalie Bush-Lents
Natalie Bush-Lents
SCHNADER HARRISON SEGAL & LEWIS
Counsel for Midas International Corporation, Midas Realty Corporation and Midas Properties, Inc.

Date:   January 27, 2011

   /s/ Robert G. Elam
Mallard Group, Ltd.

By:  Robert G. Elam

Title:  Co-Managing Director

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785