UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDAS INTERNATIONAL CORPORATION, MIDAS REALTY CORPORATION, and MIDAS PROPERTIES, INC.,

      Plaintiffs,

  v.

MALLARD GROUP, LTD.,

      Defendant.
_____/

NO. CIV. S-10-3232 LKK/GGH

O R D E R

    A complaint was filed in the above-captioned case on December 2, 2010. The individual defendants proceeding pro per, Robert Elam, Louis Muller, and Gregory Cremarosa, have not yet answered the complaint. Those defendants are ORDERED to file an answer to the complaint within fifteen (15) days of the issuance of this order. Failure to do so may result in an entry of default.

    A status conference is SET for April 18, 2011 at 1:30 p.m.

    The clerk of the court shall serve this order on the pro per defendants at the following addresses:

////

////

1

1  Gregory Cremarosa
2  3911 Lake Washington Blvd., SE, #C-31
3  Bellevue, WA 98006
4
5  Louis R. Muller
6  13530 Fieldcreek Lane
7  Reno, NV 89511
8
9  Robert Elam
10 1450 Foster Drive
11 Reno, NV 89509
12     IT IS SO ORDERED.
13     DATED:  February 18, 2011.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```