```
                      UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


MIDAS INTERNATIONAL
CORPORATION, MIDAS
REALTY CORPORATION, and
MIDAS PROPERTIES, INC.,

                                            NO. CIV. S-10-3232 LKK/GGH
            Plaintiffs,

        v.

MALLARD GROUP, LTD.,
                                                     O R D E R
            Defendant.
                                        /
```

A status conference is currently set for April 18, 2011 at 1:30 p.m. The parties have requested that the status conference be continued for sixty (60) days to allow the parties to further explore settlement possibilities. Accordingly, the status conference is CONTINUED to June 20, 2011 at 3:00 p.m. The parties SHALL file updated status reports fourteen (14) days prior to the conference.

    IT IS SO ORDERED.

    DATED: April 14, 2011.

                                         /s/ Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

                                    1