UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDAS INTERNATIONAL CORPORATION, MIDAS REALTY CORPORATION, and MIDAS PROPERTIES, INC.,

     Plaintiffs,

  v.

MALLARD GROUP, LTD.,

     Defendant.

NO. CIV. S-10-3232 LKK/GGH

O R D E R

A hearing on plaintiff's motion for summary judgment, ECF No. 57, is currently scheduled for January 17, 2012. Pursuant to Local Rule 230(c), defendants' opposition or statement of non-opposition was due on January 3, 2012. No defendants have filed an opposition or statement of non-opposition.

Accordingly, the court ORDERS as follows:

    [1] The hearing on plaintiff's Motion for Summary Judgment, ECF No. 57, currently set for January 17, 2012 is CONTINUED to January 30, 2012 at 10:00 a.m.

    [2] Each defendant SHALL file an opposition or statement of non-opposition no later than January 16, 2012.

1

1    Plaintiff MAY file a reply no later than January 23,
2    2012.
3    [3] Each defendant proceeding in pro se is ORDERED to
4    SHOW CAUSE in writing why sanctions should not issue in
5    accordance with Local Rule 110, including a fine of $150
6    and/or an order of judgment for plaintiff. Each
7    defendant proceeding in pro se SHALL file a response to
8    this order to show cause within seven (7) days of the
9    issuance of this order.
10   [4] Counsel for defendant Benjamin F. Balme is ORDERED
11   to SHOW CAUSE in writing why sanctions should not issue
12   in accordance with Local Rule 110, including a fine of
13   $150 and/or an order of judgment for plaintiff. Counsel
14   for defendant Balme SHALL file a response to this order
15   to show cause within seven (7) days of the issuance of
16   this order.
17   IT IS SO ORDERED.
18   DATED: January 10, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT