1

2

3

4

5                     UNITED STATES DISTRICT COURT

6               FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   MIDAS INTERNATIONAL
    CORPORATION, MIDAS
    REALTY CORPORATION, and
9   MIDAS PROPERTIES, INC.,

10                                  NO. CIV. S-10-3232 LKK/GGH
            Plaintiffs,

11
        v.
12
    MALLARD GROUP, LTD.,
13                                           O R D E R

14          Defendant.
    _____/
15

16      Plaintiffs in this case filed a motion for summary judgment

17  on December 19, 2011, which was originally set for hearing on

18  January 17, 2012. Defendants Elam, Muller, and Cremarosa are

19  appearing in this action *in propia persona*. Defendant Benjamin

20  Balme is represented by counsel. No defendants filed an opposition

21  or statement of non-opposition to the summary judgment motion by

22  the deadline for making such a filing, and this court issued an

23  order for each defendant to show cause for failing to comply with

24  Local Rule 230. With respect to defendant Balme, the order to show

25  cause was directed to counsel. The court continued the hearing to

26  January 30, 2012, and ordered each defendant to file an opposition

                                  1

1  or statement of non-opposition no later than January 16, 2012.

2      On January 16, 2012 Defendant Balme filed an opposition to the
3  summary judgment motion, and counsel for Mr. Balme filed a
4  response to the order to show cause. In the response, Mr. Balme's
5  counsel indicated that Mr. Balme did not file an opposition or
6  statement of non-opposition to the summary judgment motion because
7  Mr. Balme was attempting to reach a settlement with Midas up until
8  the day that an opposition or statement of non-opposition was due,
9  and that Mr. Balme elected to file for personal bankruptcy rather
10 than to respond to the motion for summary judgment. Mr. Balme
11 asserts that he did file for personal bankruptcy on January 9,
12 2012.

13     The three pro se defendants have also filed responses to the
14 order to show cause. Each of them indicate that they plan to file
15 for personal bankruptcy.

16     Accordingly the court ORDERS as follows:

17         [1] The court finds that no sanction is appropriate at
18         this time.

19         [2] The case is STAYED for twenty-one (21) days to allow
20         the defendants to notify the court whether they have
21         filed for bankruptcy. Each defendant who files for
22         bankruptcy SHALL notify the court in writing.

23         [4] The hearing on plaintiffs' motion for summary
24         judgment is CONTINUED to March 12, 2012 at 10:00 a.m.
25         Any defendant who has not filed for bankruptcy SHALL
26         file an opposition or statement of non-opposition no

1              later than February 27, 2012.

2         IT IS SO ORDERED.

3         DATED:   January 25, 2012.

4

5

6                              _____
                               LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26