UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDAS INTERNATIONAL CORPORATION, MIDAS REALTY CORPORATION, and MIDAS PROPERTIES, INC.,

       Plaintiffs,

    v.

MALLARD GROUP, LTD.,

       Defendant.
                                   /

NO. CIV. S-10-3232 LKK/GGH

O R D E R

Pending before the court is a motion for summary judgment by the plaintiffs. The motion was initially scheduled to be heard on January 17, 2012. No oppositions were timely filed. On January 10, 2012, this court ordered the defendants to file an opposition or statement of non-opposition to the motion for summary judgment and to show cause why sanctions should not issue. On January 26, 2012, this court issued another order, ECF No. 74, noting that each of the defendants either already had filed, or planned to file for personal bankruptcy. The court stayed the matter for twenty-one days to allow the defendants to notify the court whether they had filed for bankruptcy. The hearing on the motion for summary

1

judgment was continued to March 12, 2012.

Defendants Balme and Muller have notified the court that they have filed for personal bankruptcy. Therefore, this action is automatically stayed as to them. Defendant Cremarosa has filed a statement of non-opposition to the motion for summary judgment.[1] ECF No. 76. Defendant Elam has not indicated whether he has entered bankruptcy, and has not filed an opposition or statement of non-opposition.

Defendant Mallard Group LTD has not appeared in this case, and a clerks entry of default was issued as to Mallard Group, LTD on January 19, 2011.

Having received no opposition to the summary judgment, the court ORDERS as follows:

> [1] This matter is STAYED with respect to each of the defendants who have filed for bankruptcy.
>
> [2] Plaintiffs' Motion for Summary Judgment, ECF No. 57 is GRANTED as to the remaining defendants.
>
> [3] The hearing currently scheduled for March 12, 2012 is VACATED.

IT IS SO ORDERED.

DATED: March 6, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] In his statement, Mr. Cremarosa, proceeding pro per, acknowledged that the Mallard Group owes money to Midas International. Mr. Cremarosa, a passive investor in the Mallard Group asserted that he is in financial ruin, without the means to hire an attorney to defend him or to file for bankruptcy.