1  Gregory C. Nuti (CSBN 151754)
      gnuti@schnader.com
2  Natalie Bush-Lents (CSBN 253124)
      nbush-lents@schnader.com
3  SCHNADER HARRISON SEGAL & LEWIS LLP
   One Montgomery Street, Suite 2200
4  San Francisco, CA 94104-5501
   Telephone: 415-364-6700
5  Facsimile: 415-364-6785

6  Attorneys for Plaintiffs
   Midas International Corporation, Midas Realty
7  Corporation, and Midas Properties, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION, MIDAS REALTY CORPORATION, and MIDAS PROPERTIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MALLARD GROUP, LTD., a Nevada limited liability company, BENJAMIN F. BALME, M.D., an individual, GREGORY G. CREMAROSA, a.k.a. GREGORY GUY ELAM, an individual, ROBERT G. ELAM, an individual, and LOUIS R. MULLER, an individual, <br><br> Defendants. | Case No.: 2:10-CV-03232-LKK-GGH <br><br> **JUDGMENT AGAINST DEFENDANTS GREGORY G. CREMAROSA AND MALLARD GROUP, LTD. IN FAVOR OF PLAINTIFFS** |

The Court having entered an order granting the Motion for Summary Judgment in favor of Plaintiffs Midas International Corporation ("Midas International"), Midas Realty Corporation ("Midas Realty"), and Midas Properties, Inc. ("Midas Properties") (Midas International, Midas Realty, and Midas Properties are collectively referred to hereafter as "Midas" or "Plaintiffs"), as to all defendants who have not filed for bankruptcy,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. On Counts One, Two, Four and Five, judgment is entered in favor of Midas International against Mallard Group, Ltd., a Nevada limited liability company (hereafter "Mallard Group") that the Preliminary Injunction entered by this Court on January 31, 2011 (attached as Exhibit A) shall become a permanent injunction;

2. Judgment is entered in favor of Midas International against Mallard Group and Gregory G. Cremarosa, a.k.a. Gregory Guy Elam, jointly and severally, in the amount of $346,472.15, and for attorney's fees and costs of suit in the amount of $113,784.85, for a total judgment of $460,257.00;

3. Judgment is entered in favor of Midas Realty against Mallard Group, on Count Six in the amount of $11,011.54; on Count Seven in the amount of $41,061.53, and against Gregory G. Cremarosa, a.k.a. Gregory Guy Elam on Count Ten, jointly and severally in the total amount of $52,073.07;

4. Judgment is entered in favor of Midas Properties against Mallard Group on Count Eight and against Gregory G. Cremarosa, a.k.a. Gregory Guy Elam on Count Ten, jointly and severally in the amount of $25,412.09.

Dated: April 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT